DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RONALD HOWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No.  2D21-3896
_____

September 1, 2023

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender, and Terri L. Backhus, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.